Gene LATIMORE, Employee/Appellant,

v.

**FARGON FOUNDRY, INC.,**
**Employer/Respondent,**

and

**Insurance Company of Pennsylvania,**
**Insurer/Respondent.**

No. 69605.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 22, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 17, 1996.

Application to Transfer Denied
Jan. 21, 1997.

Harry J. Nichols, St. Louis, for appellant.

Jeffrey W. Wright, Moser & Marsalek, P.C., St. Louis, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Claimant appeals the denial of his claim for permanent total disability by the Labor and Industrial Relations Commission (Commission). Claimant also appeals the Commis-

---

1. Overruled on other grounds by *Zueck v. Oppenheimer Gateway Properties, Inc.*, 809 S.W.2d 384 (Mo. banc 1991).

sion's modification of the award of the Administrative Law Judge for temporary total disability. We affirm. The findings of the Commission are supported by competent and substantial evidence on the whole record, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).